IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JOHNSON,

    Petitioner,                     No. CIV S-05-1228 MCE DAD P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2005, respondents filed an application requesting that this case be transferred to the U.S. District Court, Central District of California.

        The court will grant the request. Petitioner is challenging his conviction issued by the San Luis Obispo County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Luis Obispo County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. Respondents' application to transfer the petition for writ of habeas corpus to the U.S. District Court for the Central District of California, filed on July 21, 2005, is granted;

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: July 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
john1228.108

2